# IN THE BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | Case No. 25-33959 |
| THOMAS WILLIAM O'NEIL JR. § | | Chapter 7 |
| § | | |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| SEAN T. WHEELER § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Adv. Pro. No. 25-03795 |
| § | | |
| THOMAS WILLIAM O'NEIL JR. § | | |
| Defendant. § | | |
| § | | |

## CERTIFICATE OF SERVICE

Sean T. Wheeler ("Plaintiff") files this Certificate of Service and would show the Court the following:

1. On November 4, 2025, the Court issued the Order Setting Rule 7016 Conference, Requiring Rule 7026 Meeting, Establishing Procedures for Discovery Disputes, and Emphasizing Applicability of Certain Federal Rules of Civil Procedure as Made Applicable by the Federal Rules of Bankruptcy Procedure (the "Order") (Doc. 2).

2. Pursuant to Paragraph 13 of the Order, Plaintiff served Defendant Thomas William O'Neill, Jr. with this Order on November 6, 2025. Plaintiff served Defendant at 402 Lakeshore Dr., El Lago, Texas 77586 via Certified Mail, Return Receipt Requested.

Respectfully submitted,

**BUCK KEENAN LLP**

By: */s/ Andrew C. Wright*
GRANT P. HARPOLD
State Bar No. 09034300
gharpold@buckkeenan.com
ANDREW C. WRIGHT
State Bar No. 24063077
awright@buckkeenan.com
2229 San Felipe, Suite 1000
Houston, Texas 77019
(713) 225-4500
(713) 225-3719 – Telecopier

**ATTORNEYS FOR SEAN T. WHEELER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to Defendant, in compliance with the Federal Rules of Civil Procedure, on the 6th day of November 2025.

*/s/ Andrew C. Wright*
Andrew C. Wright